NAVE *v.* THE INDIANAPOLIS AND ST. LOUIS RAILROAD COMPANY.

APPEAL from the Hendricks Circuit Court.

WORDEN, C. J.—This case is like that of *Straughan* v. *The Indianapolis and St. Louis Railroad Company*, *ante*, p. 185; and the judgment must be affirmed for the reasons given in that case.

The judgment below is affirmed, with costs and five per cent. damages.

C. C. *Nave* and —— *Nave*, for appellant.

*M. A. Osborn* and *L. Ritter*, for appellee.

